UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
JUL 2 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Carl B. Gayle, et al. v. Asbestos Companies et al., )
        N.D. California, C.A. No. 3:11-03008 WHA )     MDL No. 875

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gayle*) on June 24, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Gayle* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-415" filed on June 24, 2011, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7/19/2011
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA